**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| JAMES J. HERMOSILLO, | : | Case No. 3:25-cv-142 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| AUSTIN B. BARNES, III, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

### NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

---

You are hereby notified that Defendants Montgomery County Treasurer John McManus, Montgomery County Recorder Lori Kennedy, Montgomery County Clerk of Courts Michael Foley, Montgomery County Auditor Karl Keith, Montgomery County Sheriff Rob Streck, Montgomery Court of Common Pleas Judge Michele S. H. Henne, former Montgomery Court of Common Pleas Judge Richard S. Skelton, and Montgomery Court of Common Pleas Assigned Judge Stephen Wolaver filed a Motion to Dismiss on April 2, 2026.  (Doc. #16).  You should receive a copy of the Motion directly from Defendants.

Your response must be filed with the Court not later than **April 27, 2026**.  *See* S.D. Ohio Civ. R. 7.2(a).  If you fail to file a timely response, Defendants' Motion to Dismiss may be granted and claims against the above Defendants dismissed.


April 3, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge